■
**Joseph CAPUTO v. PENNSYLVANIA R. CO., Appellant.**

**No. 9427.**

United States Court of Appeals
Third Circuit.

Argued Jan. 8, 1948.

Reargued Oct. 8, 1948.

Decided Oct. 26, 1948.

■

Philip Price, of Philadelphia, Pa. (J. Peter Williams and Barnes, Dechert, Price, Smith & Clark, all of Philadelphia, Pa., on the brief), for appellant.

Joseph S. Lord, 3d, of Philadelphia, Pa. (Richter, Lord & Farage, of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS, GOODRICH, McLAUGHLIN O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

The judgment is affirmed by an equally divided court.

■

**Kathryn B. COHEN, Appellant, v. James E. (Bill) DECKER et al., Appellees.**

**No. 12416.**

United States Court of Appeals
Fifth Circuit.

Nov. 17, 1948.

■

H. C. Shropshire, of Weatherford, Tex., for appellant.

H. P. Kucera, City Atty., of Dallas, Tex., Milton Unger, of New York City, W. C. Gowan and Emil Corenbleth, both of Dallas, Tex., J. Kirkman Jackson, of Birmingham, Ala., Will R. Wilson, Jr., Dist. Atty., Douglas E. Bergman, 1st Asst. Dist Atty.

and E. B. Stroud, all of Dallas, Tex., Archie C. Price, of Grand Prairie, Tex., and D. A. Frank and D. A. Frank, Jr., both of Dallas, Tex., for appellees.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

■

**Shirley Marie GREEN et al., Appellants, v. SIMPLICITY PATTERN CO., Inc., Appellee.**

**No. 12359.**

United States Court of Appeals
Fifth Circuit.

Nov. 17, 1948.

■

Richard B. Shults and Philip I. Palmer, both of Dallas, Tex., for appellants.

Norman N. Holland, of New York City, and S. Austin Wier and Howard E. Moore, both of Dallas, Tex., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.